# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AIRWAY FREIGHT SYSTEMS INC | § | Case No. 09-04935 DRC |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]     $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_, for a total compensation of $\_\_\_\_ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_ [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/GINA B. KROL_____
                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 09-04935 DRC Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: | AIRWAY FREIGHT SYSTEMS INC | Date Filed (f) or Converted (c): 02/17/09 (f) |
| | | 341(a) Meeting Date: 04/07/09 |
| For Period Ending: 01/21/15 | | Claims Bar Date: 04/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Claim Against Legion Indemnity Company (u) | 0.00 | 3,367.97 | | 3,367.97 | FA |
| 2. FRAUD, CONVEYANCE (u) | 0.00 | 0.00 | | 40,000.00 | FA |
| Trustee has retained special counsel to investigate and pursue possible fraudulent conveyances | | | | | |
| 3. Possible Refund (u) | 0.00 | 0.00 | | 0.00 | FA |
| Trustee reviewed the Debtor's books and records and determined that the tax refund claim was unwarranted | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.46 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $0.00 | $3,367.97 | | $43,370.43 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is still collecting settlement payments

October 16, 2014, 10:33 am

Trustee has completed collection of settlement. Trustee submitted TFR to UST for review

December 10, 2014, 04:26 pm

Trustee has settled fraudulent conveyance actions. Settlement is being paid in installments.

October 16, 2013, 04:55 pm

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 05/31/15

/s/    GINA B. KROL

_____    Date: 01/21/15

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 09-04935    DRC    Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | AIRWAY FREIGHT SYSTEMS INC | Date Filed (f) or Converted (c): | 02/17/09 (f) |
| | | 341(a) Meeting Date: | 04/07/09 |
| | | Claims Bar Date: | 04/22/11 |

GINA B. KROL

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-04935 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | AIRWAY FREIGHT SYSTEMS INC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0196  Checking Account |
| Taxpayer ID No: | *******5048 | | |
| For Period Ending: | 01/21/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 1,247.36 | | 1,247.36 |
| 10/09/12 | 2 | AAF, Inc. PO Box 491 Itasca, IL 60143 | | 1241-000 | 1,041.66 | | 2,289.02 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.77 | 2,288.25 |
| 10/25/12 | 2 | AAF, Inc. PO Box 491 Itasca, IL 60143 | | 1241-000 | 1,041.66 | | 3,329.91 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.44 | 3,328.47 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.05 | 3,326.42 |
| 12/20/12 | 2 | AAF, LLC PO Box 491 Itasca, IL 60143 | | 1241-000 | 1,041.66 | | 4,368.08 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.38 | 4,365.70 |
| 01/17/13 | 2 | AAF, Inc. PO Box 491 Itasca, IL 60143 | | 1241-000 | 1,041.66 | | 5,407.36 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,397.36 |
| 02/13/13 | 030001 | International Sureties Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 4.68 | 5,392.68 |
| 03/04/13 | 2 | AAF Inc. | Settlement Proceeds | 1241-000 | 1,041.66 | | 6,434.34 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,424.34 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,414.34 |
| 04/29/13 | 2 | AAF LLC PO Box 491 Itasca, IL 60143 | | 1241-000 | 1,041.66 | | 7,456.00 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,446.00 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.07 | 7,434.93 |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-04935 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | AIRWAY FREIGHT SYSTEMS INC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0196 Checking Account |
| Taxpayer ID No: | *******5048 | | | |
| For Period Ending: | 01/21/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.70 | 7,424.23 |
| 08/05/13 | 2 | AAF LLC<br>PO Box 491<br>Itasca, IL 60143 | | 1241-000 | 1,041.66 | | 8,465.89 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.04 | 8,454.85 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.37 | 8,442.48 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.15 | 8,430.33 |
| 10/21/13 | 2 | AAF<br>PO Box 491<br>Itasca, IL 60143 | A/R<br>Account Receivable due Debtor | 1241-000 | 1,041.66 | | 9,471.99 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.03 | 9,458.96 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.61 | 9,445.35 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.04 | 9,431.31 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.02 | 9,417.29 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.65 | 9,404.64 |
| 04/01/14 | 030002 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 8.29 | 9,396.35 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.98 | 9,382.37 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.50 | 9,368.87 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.93 | 9,354.94 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.46 | 9,341.48 |
| 07/16/14 | 2 | AAF LLC<br>PO Box 491<br>Itasca, IL 60143 | | 1241-000 | 1,041.66 | | 10,383.14 |
| 08/07/14 | 2 | AAF LLC<br>PO Box 491<br>Itasca, IL 60143 | | 1241-000 | 1,041.66 | | 11,424.80 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.69 | 11,410.11 |
| 08/21/14 | 2 | AAF, Inc. | | 1241-000 | 1,041.66 | | 12,451.77 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 09-04935 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | AIRWAY FREIGHT SYSTEMS INC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0196 Checking Account |
| Taxpayer ID No: | *******5048 | | | |
| For Period Ending: | 01/21/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 491 | | | | | |
| | | Itasca, IL 60143 | | | | | |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.21 | 12,434.56 |
| 09/10/14 | 2 | AAF, Inc. | | 1241-000 | 1,041.66 | | 13,476.22 |
| | | PO Box 491 | | | | | |
| | | Itasca, IL 60143 | | | | | |
| 10/01/14 | 2 | AAF, Inc. | A/R | 1241-000 | 1,041.66 | | 14,517.88 |
| | | PO Box 491 | Account Receivable due Debtor | | | | |
| | | Itasca, IL 60143 | | | | | |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.94 | 14,498.94 |
| 10/20/14 | 2 | AAF | A/R | 1241-000 | 1,041.66 | | 15,540.60 |
| | | PO Box 491 | Account Receivable due Debtor | | | | |
| | | Itasca, IL 60143 | | | | | |
| 10/20/14 | 2 | AAF | Settlement | 1241-000 | 1,041.66 | | 16,582.26 |
| | | PO Box 491 | | | | | |
| | | Itasca, IL 60143 | | | | | |
| 11/06/14 | 2 | AAF LLC | A/R | 1280-000 | 1,041.66 | | 17,623.92 |
| | | PO Box 491 | Account Receivable due Debtor | | | | |
| | | Itasca, IL 60143 | | | | | |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.75 | 17,601.17 |
| 11/10/14 | 2 | AAF LLC | Settlement | 1241-000 | 0.16 | | 17,601.33 |
| | | PO Box 491 | | | | | |
| | | Itasca, IL 60143 | | | | | |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.07 | 17,576.26 |
| 01/07/15 | 030003 | AAF LLC | Over Payment of Settlement | 2990-000 | | 1,041.66 | 16,534.60 |
| | | PO Box 491 | | | | | |
| | | Itasca, IL 60143 | | | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 09-04935 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | AIRWAY FREIGHT SYSTEMS INC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0196 Checking Account |
| Taxpayer ID No: | *******5048 | | |
| For Period Ending: | 01/21/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account *******0196 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 17 | Deposits | 16,666.72 | 3 | Checks | 1,054.63 |
| | 0 | Interest Postings | 0.00 | 27 | Adjustments Out | 324.85 |
| | | Subtotal | $ 16,666.72 | 0 | Transfers Out | 0.00 |
| | | | | | Total | $ 1,379.48 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 1,247.36 | | | |
| | | Total | $ 17,914.08 | | | |

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit B

| Case No: | 09-04935 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | AIRWAY FREIGHT SYSTEMS INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0079  BofA - Money Market Account |
| Taxpayer ID No: | *******5048 | | | |
| For Period Ending: | 01/21/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/18/10 | 1 | Liquidity Solutions Inc.<br>1 University Plaza<br>Suite 312<br>Hackensack, NJ 07601 | A/R<br>Account Receivable due Debtor | 1221-000 | 3,367.97 | | 3,367.97 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 3,367.99 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,368.07 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,368.15 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,368.24 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,368.32 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,368.41 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,368.49 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,368.57 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,368.66 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,368.75 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,368.84 |
| 02/07/11 | 000301 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 2.86 | 3,365.98 |
| 02/10/11 | 000302 | Clerk of US Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Filing fees for 4 adversary cases<br>11 A 414<br>11 A 417<br>11 A 418<br>11 A 419 | 2990-000 | | 1,000.00 | 2,365.98 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,366.00 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,366.02 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,366.04 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,366.06 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,366.08 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,366.10 |

FORM 2

Page: 6

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-04935 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | AIRWAY FREIGHT SYSTEMS INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0079  BofA - Money Market Account |
| Taxpayer ID No: | *******5048 | | | |
| For Period Ending: | 01/21/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,366.12 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,366.14 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,366.16 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.01 | 2,363.15 |
| 11/03/11 | 2 | AAF, LLC<br>PO Box 491<br>Itasca, IL 60143 | Settlement proceeds | 1241-000 | 15,000.00 | | 17,363.15 |
| 11/15/11 | 2 | AAF, Inc.<br>PO Box 491<br>Itasca, IL 60143 | | 1241-000 | 1,041.66 | | 18,404.81 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 18,404.93 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 17.65 | 18,387.28 |
| 12/15/11 | 2 | AAF, Inc.<br>PO Box 491<br>Itasca, IL 60143 | | 1241-000 | 1,041.66 | | 19,428.94 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 19,429.09 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 23.14 | 19,405.95 |
| 01/09/12 | 2 | AAF, LLC<br>PO Box 491<br>Itasca, IL 60143 | | 1241-000 | 1,041.66 | | 20,447.61 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 20,447.79 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 26.30 | 20,421.49 |
| 02/06/12 | 000303 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 18.42 | 20,403.07 |
| 02/13/12 | 2 | AAF, Inc.<br>PO Box 491<br>Itasca, IL 60143 | | 1241-000 | 1,041.66 | | 21,444.73 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 21,444.90 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 24.86 | 21,420.04 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*

LFORM2T4

Ver: 18.03b

FORM 2 Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** Exhibit B

| Case No: | 09-04935 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | AIRWAY FREIGHT SYSTEMS INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0079 BofA - Money Market Account |
| Taxpayer ID No: | *******5048 | | |
| For Period Ending: | 01/21/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/13/12 | 2 | AAF, LLC<br>PO Box 491<br>Itasca, IL 60143 | | 1241-000 | 1,041.66 | | 22,461.70 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 22,461.88 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 26.98 | 22,434.90 |
| 04/16/12 | 2 | AAF, LLC<br>PO Box 491<br>Itasca, IL 60143 | Settlement | 1241-000 | 1,041.66 | | 23,476.56 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 23,476.75 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.02 | 23,447.73 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 23,447.93 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.79 | 23,418.14 |
| 06/06/12 | 2 | AAF LLC<br>PO Box 491<br>Itasca, IL 60143 | | 1241-000 | 1,041.66 | | 24,459.80 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 24,459.99 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 28.64 | 24,431.35 |
| 07/02/12 | 2 | AAF<br>PO Box 491<br>Itasca, IL 60143 | Settlement | 1241-000 | 1,041.66 | | 25,473.01 |
| * 07/02/12 | 000304 | Cindy Johnson<br>Johnson Legal Group, LLC<br>39 S. LaSalle Street<br>Suite 820<br>Chicago, IL 60603 | Attorney's Fees per court order | 3210-003 | | 25,315.50 | 157.51 |
| * 07/02/12 | 000304 | Cindy Johnson<br>Johnson Legal Group, LLC<br>39 S. LaSalle Street<br>Suite 820<br>Chicago, IL 60603 | Attorney's Fees per court order<br>Wrong amount | 3210-003 | | -25,315.50 | 25,473.01 |
| 07/02/12 | 000305 | Cindy Johnson | Attorney's Fees per court order | 3210-000 | | 24,315.50 | 1,157.51 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

LFORM2T4 Ver: 18.03b

FORM 2

Page: 8

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-04935 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | AIRWAY FREIGHT SYSTEMS INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0079 BofA - Money Market Account |
| Taxpayer ID No: | *******5048 | | | |
| For Period Ending: | 01/21/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/02/12 | 000306 | Johnson Legal Group, LLC<br>39 S. LaSalle Street<br>Suite 820<br>Chicago, IL 60603<br>Cindy Johnson | Attorney Expenses per Court Order | 3220-000 | | 947.72 | 209.79 |
| 07/16/12 | 2 | Johnson Legal Group, LLC<br>39 S. LaSalle Street<br>Suite 820<br>Chicago, IL 60603<br>AAF, LLC<br>PO Box 491<br>Itasca, IL 60143 | | 1241-000 | 1,041.66 | | 1,251.45 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 1,251.47 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.64 | 1,248.83 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,248.84 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 1.48 | 1,247.36 |
| 08/30/12 | | 901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX 75283<br>Trsf To ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | | 1,247.36 | 0.00 |

FORM 2

Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-04935 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | AIRWAY FREIGHT SYSTEMS INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0079 BofA - Money Market Account |
| Taxpayer ID No: | *******5048 | | | |
| For Period Ending: | 01/21/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Account *******0079 | Balance Forward | 0.00 | | | |
| | | 11 Deposits | 27,742.91 | 7 | Checks | 26,284.50 |
| | | 30 Interest Postings | 2.46 | 11 | Adjustments Out | 213.51 |
| | | | | 1 | Transfers Out | 1,247.36 |
| | | Subtotal | $ 27,745.37 | | | |
| | | | | | Total | $ 27,745.37 |
| | | 0 Adjustments In | 0.00 | | | |
| | | 0 Transfers In | 0.00 | | | |
| | | Total | $ 27,745.37 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Report Totals | Balance Forward | 0.00 | | | |
| | | 28 Deposits | 44,409.63 | 10 | Checks | 27,339.13 |
| | | 30 Interest Postings | 2.46 | 38 | Adjustments Out | 538.36 |
| | | | | 1 | Transfers Out | 1,247.36 |
| | | Subtotal | $ 44,412.09 | | | |
| | | | | | Total | $ 29,124.85 |
| | | 0 Adjustments In | 0.00 | | | |
| | | 1 Transfers In | 1,247.36 | | | |
| | | Total | $ 45,659.45 | | Net Total Balance | $ 16,534.60 |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 01/21/15

GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 21, 2015 |
|---|---|---|---|---|---|---|

Case Number:  09-04935  
Debtor Name:  AIRWAY FREIGHT SYSTEMS INC  
Claim Number Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $5,087.04 | $5,087.04 |
| 001<br>3210-00 | Cindy M. Johnson<br>Johnson Legal Group LLC<br>39 S. LaSalle Street<br>Suite 820<br>Chicago, IL 60603 | Administrative | | $0.00 | $24,315.50 | $24,315.50 |
| 001<br>3220-00 | Cindy M. Johnson<br>Johnson Legal Group LLC<br>39 S. LaSalle Street<br>Suite 820<br>Chicago, IL 60603 | Administrative | | $0.00 | $947.72 | $947.72 |
| 000001<br>070<br>7100-00 | CIT Technology Financing Svc Inc<br>Bkcy Processing Solutions Inc<br>800 E Sonterra Blvd Ste 240<br>San Antonio TX 78258 | Unsecured | | $0.00 | $5,516.49 | $5,516.49 |
| 000002<br>070<br>7100-00 | CIT Technology Financing Svc Inc<br>Bkcy Processing Solutions Inc<br>800 E Sonterra Blvd Ste 240<br>San Antonio TX 78258 | Unsecured | | $0.00 | $4,278.86 | $4,278.86 |
| 000003<br>070<br>7100-00 | Michael Tincher<br>c/o John Placek<br>15 N Arlington Heights Rd<br>Arlington Heights, IL 60004 | Unsecured | | $0.00 | $50,000.00 | $50,000.00 |
| 000004<br>070<br>7100-00 | Smith Associates<br>15518 S Joliet Road<br>Plainfield IL 60544 | Unsecured | | $0.00 | $4,600.00 | $4,600.00 |
| 000005<br>070<br>7100-90 | Fleet Services<br>PO box 639<br>Portland ME 04104 | Unsecured | | $0.00 | $7,489.54 | $7,489.54 |
| BOND<br>999<br>2300-00 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | | $0.00 | $34.25 | $34.25 |
| | Case Totals: | | | $0.00 | $102,269.40 | $102,269.40 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-04935 DRC
Case Name: AIRWAY FREIGHT SYSTEMS INC
Trustee Name: GINA B. KROL

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cindy M. Johnson | $ | $ | $ |
| Other: International Sureties Ltd. | $ | $ | $ |
| Other: Cindy M. Johnson | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CIT Technology Financing Svc Inc<br>Bkcy Processing Solutions Inc<br>800 E Sonterra Blvd Ste 240<br>San Antonio TX 78258 | $ | $ | $ |
| 000002 | CIT Technology Financing Svc Inc<br>Bkcy Processing Solutions Inc<br>800 E Sonterra Blvd Ste 240<br>San Antonio TX 78258 | $ | $ | $ |
| 000003 | Michael Tincher<br>c/o John Placek<br>15 N Arlington Heights Rd<br>Arlington Heights, IL 60004 | $ | $ | $ |
| 000004 | Smith Associates<br>15518 S Joliet Road<br>Plainfield IL 60544 | $ | $ | $ |
| 000005 | Fleet Services<br>PO box 639<br>Portland ME 04104 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors     $_____

    Remaining Balance                                                  $_____

      Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

      Tardily filed general (unsecured) claims are as follows:

                                                        NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

                                                       NONE