UNITED STATES BANKRUPTCY COURT

NORTHERN  DISTRICT OF  ILLINOIS

In re: §
 §
AIRWAY FREIGHT SYSTEMS INC § Case No. 09-04935 DRC
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                KENNETH S. GARDNER
                219 S. Dearborn Street
                Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/13/2015 in Courtroom 240,
                Kane County Courthouse
                100 S. Third Street
                Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/21/2015            By: CLERK OF BANKRUPTCY COURT
                                                      Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
AIRWAY FREIGHT SYSTEMS INC § Case No. 09-04935 DRC
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 44,412.09 |
| and approved disbursements of | $ | 27,877.49 |
| leaving a balance on hand of[1] | $ | 16,534.60 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 5,087.04 | $ 0.00 | $ 5,087.04 |
| Attorney for Trustee Fees: Cindy M. Johnson | $ 24,315.50 | $ 24,315.50 | $ 0.00 |
| Other: International Sureties Ltd. | $ 34.25 | $ 34.25 | $ 0.00 |
| Other: Cindy M. Johnson | $ 947.72 | $ 947.72 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 5,087.04 |
| Remaining Balance | $ 11,447.56 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 71,884.89 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CIT Technology Financing Svc Inc Bkcy Processing Solutions Inc 800 E Sonterra Blvd Ste 240 San Antonio TX 78258 | $ 5,516.49 | $ 0.00 | $ 878.49 |
| 000002 | CIT Technology Financing Svc Inc Bkcy Processing Solutions Inc 800 E Sonterra Blvd Ste 240 San Antonio TX 78258 | $ 4,278.86 | $ 0.00 | $ 681.40 |
| 000003 | Michael Tincher c/o John Placek 15 N Arlington Heights Rd Arlington Heights, IL 60004 | $ 50,000.00 | $ 0.00 | $ 7,962.42 |
| 000004 | Smith Associates 15518 S Joliet Road Plainfield IL 60544 | $ 4,600.00 | $ 0.00 | $ 732.55 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Fleet Services PO box 639 Portland ME 04104 | $ 7,489.54 | $ 0.00 | $ 1,192.70 |
| | Total to be paid to timely general unsecured creditors | | $ | 11,447.56 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                             United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                  Case No. 09-04935-DRC
Airway Freight Systems Inc                                              Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1           User: mmyers                 Page 1 of 1                  Date Rcvd: Jan 23, 2015
                               Form ID: pdf006              Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2015.
db           +Airway Freight Systems Inc,    630 Thomas Dr,    Bensenville, IL 60106-1623
15647037      Chase Bank,   OH 1-1188,    34 S Cleveland Ave Bldg 370,    Westerville OH 43081
15647035     +Inflight Express Inc,    PO box 180,   Bensenville IL 60106-0180
15647080      J & L West Properties LLC,    11185 East Northfield,    Carmel IN 46032
15647078      Jaynellen M Siegfried,    3 Shagbark Lane,   Aurora IL 60506
15647079     +Klefstad Companies Inc,    1477 Barclay Blvd,   Buffalo Grove IL 60089-4537
13533905     +Michael Tincher,    c/o John Placek,   15 N Arlington Heights Rd,
               Arlington Heights, IL 60004-6067
15647036     +Smith Associates,    15518 S Joliet Road,   Plainfield IL 60544-8000
15647038     +The Realty Associates Fund VIII LP,    c/o George S Weems,    2525 Cabat Drive Ste 300,
               Lisle IL 60532-0916

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15647032     +E-mail/Text: updates@brennanclark.com Jan 24 2015 01:25:44      AETNA Inc,
               c/o Brennan & Clark Ltd,   721 East Madison,   Ste 2,   Villa Park IL 60181-3084
15647034     +E-mail/Text: bankruptcy@wrightexpress.com Jan 24 2015 01:24:58      Fleet Services,    PO box 639,
               Portland ME 04104-0639
15647033     +E-mail/Text: jmrichardson@ifgcompanies.com Jan 24 2015 01:25:41
               The Burlington Insurance Company,   238 International Road,    Burlington NC 27215-5129
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          ##+George C Pontikes,   111 W Washington St #1221,   Chicago, IL 60602-3482
13687815       ##+CIT Technology Financing Svc Inc,    Bkcy Processing Solutions Inc,
                 800 E Sonterra Blvd Ste 240,   San Antonio TX 78258-3941
                                                                                             TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2015 at the address(es) listed below:
              Christopher B Lega    on behalf of Trustee Gina B Krol clega@jnlegal.net,    chrislega@gmail.com
              Christopher B Lega    on behalf of Plaintiff Gina B. Krol clega@jnlegal.net,    chrislega@gmail.com
              Cindy M. Johnson    on behalf of Trustee Gina B Krol cjohnson@jnlegal.net,    KLindsey@jnlegal.net
              Cindy M. Johnson    on behalf of Plaintiff Gina B. Krol cjohnson@jnlegal.net,    KLindsey@jnlegal.net
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              John M Holowach    on behalf of Trustee Gina B Krol jholowach@jmhlegalgroup.com,
               bankruptcy@rjlegalgroup.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```