**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **AIRWAY FREIGHT SYSTEMS, INC.** | ) | No. 09 B 04935 |
| | ) | |
| Debtor(s), | ) | Judge Donald R. Cassling |

**NOTICE OF FILING**

TO:   CIT Technology Financing Svc, Inc., c/o Bkcy Processing Solutions, Inc., 800 E. Sonterra Blvd., Ste. 240, San Antonio, TX 78258

CIT Technology Financing Svc, Inc., c/o Bkcy Processing Solutions, Inc., 800 E. Sonterra Blvd., Ste. 240, San Antonio, TX 78258

OFFICE OF US TRUSTEE, Via CM/ECF

PLEASE TAKE NOTICE that GINA B. KROL, Trustee herein, has caused to be filed the Trustee's Report of Deposit of Unclaimed Property, in the above-referenced proceeding, this 6th day of August, 2015, with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

/s/   Gina B. Krol
GINA B. KROL, Trustee

GINA B. KROL
COHEN & KROL
105 W. Madison St., Ste 1100
Chicago, IL  60602
312/368-0300

**CERTIFICATE OF SERVICE**

I, GINA B. KROL, an Attorney, certify that I have caused the attached Trustee's Report of Deposit to be served on the persons shown on the attached Service List, by electronic system or First Class U.S. Mail, this 6th day of August, 2015.

/s/   Gina B. Krol
GINA B. KROL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **AIRWAY FREIGHT SYSTEMS INC.** | ) | No.  09 B 04935 |
| | ) | |
| Debtor(s). | ) | |

### TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY

Now comes GINA B. KROL, Trustee herein ("Trustee"), pursuant to 11 U.S.C. §347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. That on February 17, 2009, the above-referenced Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code.  The Trustee was appointed, qualified and continues to serve as Trustee in this case.

2. That on February 18, 2015, Trustee sent distribution checks via U.S. Mail to the creditor listed on the attached Exhibit "A".

3. That the distribution check to the Creditors remain outstanding or has been returned as undeliverable.  All reasonable attempts to locate the Creditor have failed.

4. That by reason of the foregoing, Trustee has stopped payment on distribution check which had not been cashed by said creditor and has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court pursuant to §347 of the Bankruptcy Code.

Respectfully submitted,

GINA B. KROL
COHEN & KROL
105 W. Madison St., Ste 1100          /s/   Gina B. Krol
Chicago, IL 60602                             GINA B. KROL, Trustee
(312) 368-0300

## EXHIBIT "A"

| | | |
|---|---|---|
| Check No. 30005 | CIT Technology Financing SVC Inc.<br>c/o Bkcy Processing Solutions, Inc.<br>800 E. Sonterra Blvd., Ste. 240<br>San Antonio, TX 78258 | $878.49 |
| Check No. 30006 | CIT Technology Financing SVC Inc.<br>c/o Bkcy Processing Solutions, Inc.<br>800 E. Sonterra Blvd., Ste. 240<br>San Antonio, TX 78258 | $681.40 |