# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

In re: §
§
AIRWAY FREIGHT SYSTEMS INC § Case No. 09-04935 DRC
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants:  11,447.56 | Claims Discharged Without Payment:  146,296.11 |
| Total Expenses of Administration:  32,964.53 | |

3) Total gross receipts of $ 44,412.09  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 44,412.09  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 58,227.75 | 58,227.75 | 32,964.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 149,177.57 | 71,884.89 | 71,884.89 | 11,447.56 |
| **TOTAL DISBURSEMENTS** | $ 149,177.57 | $ 130,112.64 | $ 130,112.64 | $ 44,412.09 |

4)  This case was originally filed under chapter 7 on  02/17/2009 .  The case was pending for 80 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/14/2015                          By:/s/GINA B. KROL
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Claim Against Legion Indemnity Company | 1221-000 | 3,367.97 |
| FRAUD, CONVEYANCE | 1241-000 | 40,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 2.46 |
| FRAUD, CONVEYANCE | 1280-000 | 1,041.66 |
| **TOTAL GROSS RECEIPTS** | | **$44,412.09** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 5,087.04 | 5,087.04 | 5,087.04 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 34.25 | 34.25 | 34.25 |
| ASSOCIATED BANK | 2600-000 | NA | 324.85 | 324.85 | 324.85 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 213.51 | 213.51 | 213.51 |
| AAF LLC | 2990-000 | NA | 1,041.66 | 1,041.66 | 1,041.66 |
| CLERK OF US BANKRUPTCY COURT | 2990-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| CINDY JOHNSON | 3210-000 | NA | 24,315.50 | 24,315.50 | 24,315.50 |
| CINDY M. JOHNSON | 3210-000 | NA | 24,315.50 | 24,315.50 | 0.00 |
| CINDY JOHNSON | 3220-000 | NA | 947.72 | 947.72 | 947.72 |
| CINDY M. JOHNSON | 3220-000 | NA | 947.72 | 947.72 | 0.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 58,227.75 | $ 58,227.75 | $ 32,964.53 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aetna Inc. | | 8,163.85 | NA | NA | 0.00 |
| | Chase Bank | | 5,797.72 | NA | NA | 0.00 |
| | InFlight Express Inc. | | 23,600.72 | NA | NA | 0.00 |
| | The Burlington Insurance Company | | 4,749.99 | NA | NA | 0.00 |
| | The Realty Asociates Fund VIII LP | | 43,546.50 | NA | NA | 0.00 |
| 000003 | MICHAEL TINCHER | 7100-000 | 50,000.00 | 50,000.00 | 50,000.00 | 7,962.42 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | SMITH ASSOCIATES | 7100-000 | 4,600.00 | 4,600.00 | 4,600.00 | 732.55 |
| 000001 | CIT TECHNOLOGY FINANCING SVC INC | 7100-001 | NA | 5,516.49 | 5,516.49 | 878.49 |
| 000002 | CIT TECHNOLOGY FINANCING SVC INC | 7100-001 | NA | 4,278.86 | 4,278.86 | 681.40 |
| 000005 | FLEET SERVICES | 7100-900 | 8,718.79 | 7,489.54 | 7,489.54 | 1,192.70 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 149,177.57 | $ 71,884.89 | $ 71,884.89 | $ 11,447.56 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 09-04935 | DRC   Judge: Donald R. Cassling | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | AIRWAY FREIGHT SYSTEMS INC | | | Date Filed (f) or Converted (c): | 02/17/09 (f) |
| | | | | 341(a) Meeting Date: | 04/07/09 |
| For Period Ending: | 09/14/15 | | | Claims Bar Date: | 04/22/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. | Claim Against Legion Indemnity Company (u) | 0.00 | 3,367.97 | | 3,367.97 | FA |
| 2. | FRAUD, CONVEYANCE (u) | 0.00 | 0.00 | | 40,000.00 | FA |
| | Trustee has retained special counsel to investigate and pursue possible fraudulent conveyances | | | | | |
| 3. | Possible Refund (u) | 0.00 | 0.00 | | 0.00 | FA |
| | Trustee reviewed the Debtor's books and records and determined that the tax refund claim was unwarranted | | | | | |
| INT. | Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.46 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $0.00 | $3,367.97 | $43,370.43 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is still collecting settlement payments

October 16, 2014, 10:33 am

Trustee has completed collection of settlement. Trustee submitted TFR to UST for review

December 10, 2014, 04:26 pm

Trustee has settled fraudulent conveyance actions. Settlement is being paid in installments.

October 16, 2013, 04:55 pm

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 05/31/15

/s/    GINA B. KROL

_____   Date: 09/14/15

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 09-04935 | DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | AIRWAY FREIGHT SYSTEMS INC | | Date Filed (f) or Converted (c): | 02/17/09 (f) |
| | | | 341(a) Meeting Date: | 04/07/09 |
| | GINA B. KROL | | Claims Bar Date: | 04/22/11 |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

**Exhibit 9**

Case No:            09-04935  -DRC
Case Name:       AIRWAY FREIGHT SYSTEMS INC

Taxpayer ID No:  *******5048
For Period Ending: 09/14/15

Trustee Name:    GINA B. KROL
Bank Name:       ASSOCIATED BANK
Account Number / CD #:   *******0196  Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 1,247.36 | | 1,247.36 |
| 10/09/12 | 2 | AAF, Inc. | | 1241-000 | 1,041.66 | | 2,289.02 |
| | | PO Box 491 | | | | | |
| | | Itasca, IL 60143 | | | | | |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.77 | 2,288.25 |
| 10/25/12 | 2 | AAF, Inc. | | 1241-000 | 1,041.66 | | 3,329.91 |
| | | PO Box 491 | | | | | |
| | | Itasca, IL 60143 | | | | | |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.44 | 3,328.47 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.05 | 3,326.42 |
| 12/20/12 | 2 | AAF, LLC | | 1241-000 | 1,041.66 | | 4,368.08 |
| | | PO Box 491 | | | | | |
| | | Itasca, IL 60143 | | | | | |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.38 | 4,365.70 |
| 01/17/13 | 2 | AAF, Inc. | | 1241-000 | 1,041.66 | | 5,407.36 |
| | | PO Box 491 | | | | | |
| | | Itasca, IL 60143 | | | | | |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,397.36 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 4.68 | 5,392.68 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/04/13 | 2 | AAF Inc. | Settlement Proceeds | 1241-000 | 1,041.66 | | 6,434.34 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,424.34 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,414.34 |
| 04/29/13 | 2 | AAF LLC | | 1241-000 | 1,041.66 | | 7,456.00 |
| | | PO Box 491 | | | | | |
| | | Itasca, IL 60143 | | | | | |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,446.00 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.07 | 7,434.93 |

FORM 2                                                                                    Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-04935 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | AIRWAY FREIGHT SYSTEMS INC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0196  Checking Account |
| Taxpayer ID No: | *******5048 | | | |
| For Period Ending: | 09/14/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.70 | 7,424.23 |
| 08/05/13 | 2 | AAF LLC | | 1241-000 | 1,041.66 | | 8,465.89 |
| | | PO Box 491 | | | | | |
| | | Itasca, IL 60143 | | | | | |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.04 | 8,454.85 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.37 | 8,442.48 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.15 | 8,430.33 |
| 10/21/13 | 2 | AAF | A/R | 1241-000 | 1,041.66 | | 9,471.99 |
| | | PO Box 491 | Account Receivable due Debtor | | | | |
| | | Itasca, IL 60143 | | | | | |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.03 | 9,458.96 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.61 | 9,445.35 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.04 | 9,431.31 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.02 | 9,417.29 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.65 | 9,404.64 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 8.29 | 9,396.35 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.98 | 9,382.37 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.50 | 9,368.87 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.93 | 9,354.94 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.46 | 9,341.48 |
| 07/16/14 | 2 | AAF LLC | | 1241-000 | 1,041.66 | | 10,383.14 |
| | | PO Box 491 | | | | | |
| | | Itasca, IL 60143 | | | | | |
| 08/07/14 | 2 | AAF LLC | | 1241-000 | 1,041.66 | | 11,424.80 |
| | | PO Box 491 | | | | | |
| | | Itasca, IL 60143 | | | | | |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.69 | 11,410.11 |
| 08/21/14 | 2 | AAF, Inc. | | 1241-000 | 1,041.66 | | 12,451.77 |

FORM 2   Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-04935  -DRC |
| Case Name: | AIRWAY FREIGHT SYSTEMS INC |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0196  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******5048 |
| For Period Ending: | 09/14/15 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 491 | | | | | |
| | | Itasca, IL 60143 | | | | | |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.21 | 12,434.56 |
| 09/10/14 | 2 | AAF, Inc. | | 1241-000 | 1,041.66 | | 13,476.22 |
| | | PO Box 491 | | | | | |
| | | Itasca, IL 60143 | | | | | |
| 10/01/14 | 2 | AAF, Inc. | A/R | 1241-000 | 1,041.66 | | 14,517.88 |
| | | PO Box 491 | Account Receivable due Debtor | | | | |
| | | Itasca, IL 60143 | | | | | |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.94 | 14,498.94 |
| 10/20/14 | 2 | AAF | A/R | 1241-000 | 1,041.66 | | 15,540.60 |
| | | PO Box 491 | Account Receivable due Debtor | | | | |
| | | Itasca, IL 60143 | | | | | |
| 10/20/14 | 2 | AAF | Settlement | 1241-000 | 1,041.66 | | 16,582.26 |
| | | PO Box 491 | | | | | |
| | | Itasca, IL 60143 | | | | | |
| 11/06/14 | 2 | AAF LLC | A/R | 1280-000 | 1,041.66 | | 17,623.92 |
| | | PO Box 491 | Account Receivable due Debtor | | | | |
| | | Itasca, IL 60143 | | | | | |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.75 | 17,601.17 |
| 11/10/14 | 2 | AAF LLC | Settlement | 1241-000 | 0.16 | | 17,601.33 |
| | | PO Box 491 | | | | | |
| | | Itasca, IL 60143 | | | | | |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.07 | 17,576.26 |
| 01/07/15 | 030003 | AAF LLC | Over Payment of Settlement | 2990-000 | | 1,041.66 | 16,534.60 |
| | | PO Box 491 | | | | | |
| | | Itasca, IL 60143 | | | | | |
| 02/18/15 | 030004 | Gina B. Krol | Final Distribution | 2100-000 | | 5,087.04 | 11,447.56 |
| | | 105 W. Madison St. | Trustee Fees | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| Case No: | 09-04935 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | AIRWAY FREIGHT SYSTEMS INC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0196  Checking Account |
| Taxpayer ID No: | *******5048 | | |
| For Period Ending: | 09/14/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 02/18/15 | 030005 | CIT Technology Financing Svc Inc<br>Bkcy Processing Solutions Inc<br>800 E Sonterra Blvd Ste 240<br>San Antonio TX 78258 | Final Distribution | 7100-003 | | 878.49 | 10,569.07 |
| * | 02/18/15 | 030006 | CIT Technology Financing Svc Inc<br>Bkcy Processing Solutions Inc<br>800 E Sonterra Blvd Ste 240<br>San Antonio TX 78258 | Final Distribution | 7100-003 | | 681.40 | 9,887.67 |
| | 02/18/15 | 030007 | Michael Tincher<br>c/o John Placek<br>15 N Arlington Heights Rd<br>Arlington Heights, IL 60004 | Final Distribution<br>(3-1) Settlement and judgment of<br>personal injury claim<br>(3-1) 05 L 996 judgment Cook County 50K + 100K<br>common defs | 7100-000 | | 7,962.42 | 1,925.25 |
| | 02/18/15 | 030008 | Smith Associates<br>15518 S Joliet Road<br>Plainfield IL 60544 | Final Distribution | 7100-000 | | 732.55 | 1,192.70 |
| | 02/18/15 | 030009 | Fleet Services<br>PO box 639<br>Portland ME 04104 | Final Distribution | 7100-900 | | 1,192.70 | 0.00 |
| * | 08/06/15 | 030005 | CIT Technology Financing Svc Inc<br>Bkcy Processing Solutions Inc<br>800 E Sonterra Blvd Ste 240<br>San Antonio TX 78258 | Final Distribution | 7100-003 | | -878.49 | 878.49 |
| * | 08/06/15 | 030006 | CIT Technology Financing Svc Inc<br>Bkcy Processing Solutions Inc<br>800 E Sonterra Blvd Ste 240<br>San Antonio TX 78258 | Final Distribution | 7100-003 | | -681.40 | 1,559.89 |
| | 08/06/15 | 030010 | CLERK OF US BANKRUPTCY COURT<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL  60604 | Final Distribution<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #      CLAIM #      DIVIDEND<br>================================== | | | 1,559.89 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

Ver: 18.05

FORM 2                                                                          Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-04935  -DRC |
| Case Name: | AIRWAY FREIGHT SYSTEMS INC |
| | |
| Taxpayer ID No: | *******5048 |
| For Period Ending: | 09/14/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0196  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 2 | 000001 | 878.49 | 7100-001 | | | |
| | | | 3 | 000002 | 681.40 | 7100-001 | | | |

| Account   *******0196 | | | | |
|---|---|---|---|---|
| | | Balance Forward | 0.00 | |
| 17 | Deposits | 16,666.72 | 12 | Checks | 17,589.23 |
| 0 | Interest Postings | 0.00 | 27 | Adjustments Out | 324.85 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 16,666.72 | | |
| | | | | Total | $ 17,914.08 |
| 0 | Adjustments In | 0.00 | | |
| 1 | Transfers In | 1,247.36 | | |
| | Total | $ 17,914.08 | | |

FORM 2                                                                                                           Page:    6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-04935 -DRC | |
| Case Name: | AIRWAY FREIGHT SYSTEMS INC | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0079  BofA - Money Market Account |

| | |
|---|---|
| Taxpayer ID No: | *******5048 |
| For Period Ending: | 09/14/15 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/18/10 | 1 | Liquidity Solutions Inc. | A/R | 1221-000 | 3,367.97 | | 3,367.97 |
| | | 1 University Plaza | Account Receivable due Debtor | | | | |
| | | Suite 312 | | | | | |
| | | Hackensack, NJ 07601 | | | | | |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 3,367.99 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,368.07 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,368.15 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,368.24 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,368.32 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,368.41 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,368.49 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,368.57 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,368.66 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,368.75 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,368.84 |
| 02/07/11 | 000301 | International Sureties Ltd. | BOND | 2300-000 | | 2.86 | 3,365.98 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/10/11 | 000302 | Clerk of US Bankruptcy Court | Filing fees for 4 adversary cases | 2990-000 | | 1,000.00 | 2,365.98 |
| | | 219 S. Dearborn Street | 11 A 414 | | | | |
| | | Chicago, IL 60604 | 11 A 417 | | | | |
| | | | 11 A 418 | | | | |
| | | | 11 A 419 | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,366.00 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,366.02 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,366.04 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,366.06 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,366.08 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,366.10 |

FORM 2

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-04935  -DRC | |
| Case Name: | AIRWAY FREIGHT SYSTEMS INC | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0079  BofA - Money Market Account |

Taxpayer ID No: *******5048
For Period Ending: 09/14/15

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,366.12 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,366.14 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,366.16 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.01 | 2,363.15 |
| 11/03/11 | 2 | AAF, LLC | Settlement proceeds | 1241-000 | 15,000.00 | | 17,363.15 |
| | | PO Box 491 | | | | | |
| | | Itasca, IL 60143 | | | | | |
| 11/15/11 | 2 | AAF, Inc. | | 1241-000 | 1,041.66 | | 18,404.81 |
| | | PO Box 491 | | | | | |
| | | Itasca, IL 60143 | | | | | |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 18,404.93 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 17.65 | 18,387.28 |
| 12/15/11 | 2 | AAF, Inc. | | 1241-000 | 1,041.66 | | 19,428.94 |
| | | PO Box 491 | | | | | |
| | | Itasca, IL 60143 | | | | | |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 19,429.09 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 23.14 | 19,405.95 |
| 01/09/12 | 2 | AAF, LLC | | 1241-000 | 1,041.66 | | 20,447.61 |
| | | PO Box 491 | | | | | |
| | | Itasca, IL 60143 | | | | | |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 20,447.79 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 26.30 | 20,421.49 |
| 02/06/12 | 000303 | International Sureties | BOND | 2300-000 | | 18.42 | 20,403.07 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 02/13/12 | 2 | AAF, Inc. | | 1241-000 | 1,041.66 | | 21,444.73 |
| | | PO Box 491 | | | | | |
| | | Itasca, IL 60143 | | | | | |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 21,444.90 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 24.86 | 21,420.04 |

Ver: 18.05

FORM 2

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-04935 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | AIRWAY FREIGHT SYSTEMS INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0079  BofA - Money Market Account |
| Taxpayer ID No: | *******5048 | | |
| For Period Ending: | 09/14/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/13/12 | 2 | AAF, LLC<br>PO Box 491<br>Itasca, IL 60143 | | 1241-000 | 1,041.66 | | 22,461.70 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 22,461.88 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 26.98 | 22,434.90 |
| 04/16/12 | 2 | AAF, LLC<br>PO Box 491<br>Itasca, IL 60143 | Settlement | 1241-000 | 1,041.66 | | 23,476.56 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 23,476.75 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.02 | 23,447.73 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 23,447.93 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.79 | 23,418.14 |
| 06/06/12 | 2 | AAF LLC<br>PO Box 491<br>Itasca, IL 60143 | | 1241-000 | 1,041.66 | | 24,459.80 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 24,459.99 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 28.64 | 24,431.35 |
| 07/02/12 | 2 | AAF<br>PO Box 491<br>Itasca, IL 60143 | Settlement | 1241-000 | 1,041.66 | | 25,473.01 |
| * 07/02/12 | 000304 | Cindy Johnson<br>Johnson Legal Group, LLC<br>39 S. LaSalle Street<br>Suite 820<br>Chicago, IL 60603 | Attorney's Fees per court order | 3210-003 | | 25,315.50 | 157.51 |
| * 07/02/12 | 000304 | Cindy Johnson<br>Johnson Legal Group, LLC<br>39 S. LaSalle Street<br>Suite 820<br>Chicago, IL 60603 | Attorney's Fees per court order<br>Wrong amount | 3210-003 | | -25,315.50 | 25,473.01 |
| 07/02/12 | 000305 | Cindy Johnson | Attorney's Fees per court order | 3210-000 | | 24,315.50 | 1,157.51 |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

Ver: 18.05

Page:   9

Exhibit 9

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 09-04935 -DRC |
| Case Name: | AIRWAY FREIGHT SYSTEMS INC |
| | |
| Taxpayer ID No: | *******5048 |
| For Period Ending: | 09/14/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0079  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/02/12 | 000306 | Johnson Legal Group, LLC<br>39 S. LaSalle Street<br>Suite 820<br>Chicago, IL 60603<br>Cindy Johnson | Attorney Expenses per Court Order | 3220-000 | | 947.72 | 209.79 |
| 07/16/12 | 2 | Johnson Legal Group, LLC<br>39 S. LaSalle Street<br>Suite 820<br>Chicago, IL 60603<br>AAF, LLC<br>PO Box 491<br>Itasca, IL 60143 | | 1241-000 | 1,041.66 | | 1,251.45 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 1,251.47 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.64 | 1,248.83 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,248.84 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 1.48 | 1,247.36 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | | 1,247.36 | 0.00 |

Page:    10

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-04935  -DRC |
| Case Name: | AIRWAY FREIGHT SYSTEMS INC |
| | |
| Taxpayer ID No: | *******5048 |
| For Period Ending: | 09/14/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0079  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account  *******0079

| | | | | | |
|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | |
| 11 | Deposits | 27,742.91 | 7 | Checks | 26,284.50 |
| 30 | Interest Postings | 2.46 | 11 | Adjustments Out | 213.51 |
| | | | 1 | Transfers Out | 1,247.36 |
| | Subtotal | $  27,745.37 | | | |
| | | | | Total | $  27,745.37 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $  27,745.37 | | | |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | |
| 28 | Deposits | 44,409.63 | 19 | Checks | 43,873.73 |
| 30 | Interest Postings | 2.46 | 38 | Adjustments Out | 538.36 |
| | | | 1 | Transfers Out | 1,247.36 |
| | Subtotal | $  44,412.09 | | | |
| | | | | Total | $  45,659.45 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 1,247.36 | | | |
| | Total | $  45,659.45 | | Net Total Balance | $  0.00 |

/s/    GINA B. KROL

Trustee's Signature: _____    Date: 09/14/15

GINA B. KROL